### J. B. WEBB v. W. M. RITTER LUMBER COMPANY.

(Filed 5 May, 1909.)

ACTION for damages, tried before *Murphy, J.,* and a jury, at November Term, 1908, of CALDWELL.

Defendant appealed.

*W. C. Newland* and *M. N. Harshaw* for plaintiff.
*Jones & Whisnant* for defendant.

PER CURIAM: The Court is of opinion, upon an examination of this case, that the matters involved are almost entirely of fact and that no error was committed upon the trial.

No Error.

### S. F. MAUNEY v. UNITED STATES LEATHER COMPANY.

(Filed 13 May, 1909.)

ACTION tried before *Ferguson, J.,* and a jury, at September Term, 1908, of McDOWELL.

Defendant appealed.

*Hudgins, Watson & Johnston* for plaintiff.
*Pless & Winborne* and *E. J. Justice* for defendant.

PER CURIAM: The Court is of opinion, on examination of the record in this appeal, that there is evidence of negligence to be submitted to the jury, and that the case was fairly presented by the judge in the court below.

We find nothing in the record which warrants a new trial.

No Error.